Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-454-223**

**Effective Date of Registration:**
May 23, 2025

**Registration Decision Date:**
July 25, 2025

---

## Title

**Title of Work:** The Magic Pumpkin

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Neil Hampton
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Neil Hampton
Flat 3 Bellevue Court, 125-127 Bell Hill Road, Bristol, BS5 7NQ, United Kingdom

## Rights and Permissions

**Name:** Neil Hampton
**Email:** fourteeneight@outlook.com
**Address:** Flat 3 Bellevue Court, 125-127 Bell Hill Road
Bristol BS5 7NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 23, 2025

Page 1 of 2

**Applicant's Tracking Number:** NH2025052307



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-454-154**

**Effective Date of Registration:** May 23, 2025

**Registration Decision Date:** July 25, 2025

## Title

**Title of Work:** Rockbell Automail Repair

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 31, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Neil Hampton
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Neil Hampton
Flat 3 Bellevue Court, 125-127 Bell Hill Road, Bristol, BS5 7NQ, United Kingdom

## Rights and Permissions

**Name:** Neil Hampton
**Email:** fourteeneight@outlook.com
**Address:** Flat 3 Bellevue Court, 125-127 Bell Hill Road
Bristol BS5 7NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 23, 2025

**Applicant's Tracking Number:** NH2025052305



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-222

**Effective Date of Registration:**
May 23, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

**Title of Work:** Sacrifice

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 10, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Neil Hampton
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Neil Hampton
Flat 3 Bellevue Court, 125-127 Bell Hill Road, Bristol, BS5 7NQ, United Kingdom

## Rights and Permissions

**Name:** Neil Hampton
**Email:** fourteeneight@outlook.com
**Address:** Flat 3 Bellevue Court, 125-127 Bell Hill Road
Bristol BS5 7NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 23, 2025

**Applicant's Tracking Number:** NH2025052306



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-224**

**Effective Date of Registration:**
May 23, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

    **Title of Work:** Trash Goblin

## Completion/Publication

    **Year of Completion:** 2024
    **Date of 1st Publication:** February 21, 2024
    **Nation of 1st Publication:** United Kingdom

## Author

    • **Author:** Neil Hampton
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Neil Hampton
    Flat 3 Bellevue Court, 125-127 Bell Hill Road, Bristol, BS5 7NQ, United Kingdom

## Rights and Permissions

    **Name:** Neil Hampton
    **Email:** fourteeneight@outlook.com
    **Address:** Flat 3 Bellevue Court, 125-127 Bell Hill Road
    Bristol BS5 7NQ United Kingdom

## Certification

    **Name:** David Denholm
    **Date:** May 23, 2025

Applicant's Tracking Number: NH2025052308

