**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NEIL HAMPTON,

    Plaintiff,                                                            Case No.: 1:26-cv-01587

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | Loruno |
| 2 | guangzhouguoximaoyi |
| 3 | Dobunu |
| 4 | DimuciSHOP |
| 5 | Only-Gifts |
| 6 | Fashion Style Hats |
| 7 | Prime Baseball Cap |
| 8 | Innovation Baseball Hat |
| 9 | Shuangugug Xieieieiei |
| 10 | Fieldside Caps Co |
| 11 | HatHaven Pro |
| 12 | Trail Topper |
| 13 | Rara baseball cap |
| 14 | Smile hat shop |
| 15 | ACD ART |
| 16 | SHUQI ART |
| 17 | LGQA Baseball Cap |
| 18 | ji sai fang yi |
| 19 | Tinartshop |
| 20 | YANGgogo skate shop |
| 21 | Yang Fengqing |
| 22 | Baseball Cap Central |
| 23 | Color Territory |
| 24 | GUSAPO |
| 25 | PeakGlow |

| | |
|---|---|
| 26 | Street Hat Maker |
| 27 | qian xi hui |
| 28 | Capique Art |
| 29 | ting Cap tivating Styles |
| 30 | Brim Bar |
| 31 | CUTE HATS |
| 32 | LDXLL |
| 33 | Machine POP |
| 34 | JX Popular Hat |
| 35 | Cute Cup Selection |
| 36 | CLZCONEN CAP |
| 37 | JIA BAO ART |
| 38 | Customization of LY Baseball caps |
| 39 | Yiyi baseball cap |
| 40 | YangAiHhua |
| 41 | UrbanCrown Caps |
| 42 | Ani baseball cap |
| 43 | Yang BF Hat Shop |
| 44 | Personalized baseball cap |
| 45 | EliteCap Gallery |
| 46 | Cap Core |
| 47 | guo dongdongguo |
| 48 | GG Fashionable |
| 49 | zhang tu dou |
| 50 | Style Baseball cap |
| 51 | StarHat |
| 52 | Leisure Best hat |
| 53 | Sasa baseball cap |
| 54 | DV Apparel |
| 55 | Guuuooo Seeennn |
| 56 | Gaga baseball cap |
| 57 | Nana baseball cap |
| 58 | Nice Happy Cap |
| 59 | Ma Hai Huang |
| 60 | Urban Lids |
| 61 | Ldm Fashion hat |
| 62 | Aiping Small shop |
| 63 | Yixiong Baseball Caps |
| 64 | FlexiLids |
| 65 | BB Fashionable |
| 66 | LDM Sports Hat |

| | |
|---|---|
| 67 | CWF Fashionable |
| 68 | Qi knows about trade |
| 69 | Hemp bean fashion clothing |
| 70 | Willow Whitby |
| 71 | HMYA Baseball Cap |
| 72 | Street whirlwind |
| 73 | FGKEGL SHOP EE |
| 74 | ZMY Fashion hat |
| 75 | Hibiscus time |
| 76 | Customization of YX Baseball caps |
| 77 | NANLEIYUE |
| 78 | good looook hat |
| 79 | HAOOO CAP FACTORY |
| 80 | PORTO GIRL |
| 81 | GHAHRD |
| 82 | HaoRuiXin |
| 83 | VERIS VIGOR |
| 84 | Trendy Threads LH |
| 85 | BAXUN PURPLE |
| 86 | zhenjiayan |
| 87 | LDavisa |
| 88 | STRIDEMAN |
| 89 | JINQIAOWEI CLOTHING |
| 90 | Holafish Printfun |
| 91 | GUANGYONGRUI GOLD |
| 92 | DapperDash |
| 93 | Woo Woody Feel |
| 94 | SHANYIDIE CLOTHING |
| 95 | Tin Art Decorative |
| 96 | Printfun Custom |
| 97 | FreshFitFellas |
| 98 | GHOOPP |
| 99 | Lynnlin Studio |
| 100 | WQIN PP |
| 101 | CLannad |